## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | |
|---|---|
| **KEVIN E. HOLLIS,**            ) | |
|                                 ) | |
|         **Plaintiff,**          ) | |
|     v.                          ) | Case No. 08-CV-2082 |
|                                 ) | |
| **ROBERT B. KERANS, LAUREL C. KERANS,** ) | |
| **LORI A. KERANS, and MACON COUNTY**    ) | |
| **and DECATUR POLICE DEPARTMENT**       ) | |
|                                 ) | |
|         **Defendants.**         ) | |

### ORDER

Reports and Recommendations (#28), (#29), and (#30) were filed by the Magistrate Judge in the above cause on July 28, 2008. More than ten (10) days have elapsed since the filing of the Recommendation and no objections have been made. See 28 U.S.C. § 636(b)(1). The Recommendation of the Magistrate Judge is, therefore, accepted by the court. See Video Views, Inc. v. Studio 21, Ltd, 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED THAT:

(1) The Reports and Recommendations (#28), (#29), and (#30) are accepted by this court.

(2) The Rule 12b Motion to Strike for Lack of Subject Matter Jurisdiction and Failure to State a Claim for Which Relief Can Be Granted (#11) filed by Defendants Robert B. Kerans, Laurel C. Kerans, and Lori A. Kerans is GRANTED and the claims against Defendants Robert B. Kerans, Laurel C. Kerans, and Lori A. Kerans are dismissed without prejudice to Plaintiff filing his claim in state court. Accordingly, Defendants Robert B. Kerans, Laurel C. Kerans, and Lori A. Kerans Motion to Dismiss (#14) is denied as MOOT.

(3) The Motion to Dismiss (#19) filed by Defendant Decatur Police Department is GRANTED and the dismissal is without prejudice to Plaintiff filing his claims in state court.

(4) The 12(b)(6) and 12(b)(1) Motion to Dismiss (#24) filed by Defendant Macon County is GRANTED and the dismissal is without prejudice to Plaintiff filing his claims in state court.

(5) This case is terminated.

ENTERED this  16th   day of September, 2008

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE